THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD S. COGAN, Appellant, *v.* MARY MANN, Respondent.

Argued January 8, 1942; decided February 26, 1942.

*Carl E. Ring* for appellant.

*Leo C. Fennelly* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.